FILED

10/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0567

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0567

STATE OF MONTANA,

Plaintiff and Appellee,

v.

LESLIE ERNEST,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for an amended and corrected order, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 7th., 2024, within which to prepare, file, and serve Appellant's reply brief on this appeal. Except as provided for under the rules, no additional extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2024